IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENEKEI LAWSON and | : | |
| JAMES HINES, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO.  13-7403 |
| PENNSYLVANIA SPCA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *19th*  day of *August*, 2015, upon consideration of the Motion for Summary Judgment by Defendants Pennsylvania SPCA, Richard Loos, Gregory Jordan, George Bengal, Wayne Smith, Leonard Knox, and Jason Martinez (collectively, "Defendants") (Docket No. 23), the Response in Opposition by Plaintiffs Denekei Lawson and James Hines (collectively, "Plaintiffs") (Docket No. 27), and Defendants' Reply (Docket No. 28), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** with respect to the following claims in Count One: verbal abuse, security of person and property, false arrest/false imprisonment, due process and equal protection, and failure to train or discipline as the result of a policy or custom;

2. Defendants' Motion is **DENIED** with respect to the following claim in Count One: unreasonable search and seizure.  The individual Defendants' request for qualified immunity in connection with that claim is also **DENIED**;

3. Defendants' Motion is **GRANTED** with respect to the following claims in Count Two: false arrest/false imprisonment, malicious prosecution as to Plaintiff Lawson and as to 134 of the charges against Plaintiff Hines, negligent and intentional infliction of emotional distress, defamation, and invasion of privacy.

4. Defendants' Motion is **DENIED** with respect to Plaintiff Hines's malicious prosecution claim, but only with respect to the charge relating to the puppy's facial injuries.

5. A **STATUS CONFERENCE** will be held on <u>Wednesday, September 9, 2015 at 2:00 p.m.</u> in the Chambers of the Undersigned.

It is so **ORDERED**.

BY THE COURT:

*S/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.